# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARSHAE LOVE,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br><br>26 U.S.C. § 7206(2) |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### (Aiding in the Preparation of a False and Fraudulent Tax Return)

On or about March 30, 2022, in the Southern District of Ohio, Defendant MARSHAE LOVE willfully aided and assisted in, and procured, counseled, and advised, the preparation and presentation to the Internal Revenue Service of a Form 1040 U.S. Individual Income Tax Return for Taxpayer 1 for calendar year 2021, which was false and fraudulent as to a material matter. That tax return reported false income for a Schedule C soap cleaning business and false credits for Form 7202 coronavirus-related sick and family leave; whereas, as MARSHAE LOVE knew, Taxpayer 1 did not have a business or coronavirus-related sick and family leave.

**In violation of Title 26, United States Code, Section 7206(2).**

DOMINICK S. GERACE II
United States Attorney

*David J. Twombly*
DAVID J. TWOMBLY (92558)
Assistant United States Attorney